

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: DOLORES NARVAEZ, LUIS NARVAEZ, EDUARDO VELARDE, JOSE JUAN VELARDE, JULIETA DURAN, LUZ MAGDALENA ESCOBAR AND JOSE ANTONIO VELARDE JUAREZ, | § | No. 08-19-00133-CV |
| | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| Relators. | § | |

**O R D E R**

Pending before the Court is the Relators' motion for temporary relief requesting a stay of enforcement of the expunction orders. The motion to stay is GRANTED. Accordingly, the Probate Court No. 2 of El Paso County, Texas is ordered to stay its orders signed on April 16, 2019, titled "Order Granting Motion to Expunge the Notices of Lis Pendens filed in Karnes County, Texas in the year 2016" and "Order Granting Amended Motion to Expunge the Notice of Lis Pendens filed in Karnes County, Texas in the year 2018" in cause number 2013-CPR00282, styled *In the Estate of: Maria Luisa Sienkiewicz, Deceased.* The stay order will remain in effect pending resolution of this original proceeding or further order of this Court.

IT IS SO ORDERED this 14th day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.